429 A.2d 747

Pirl etc., Appellants v. Michaels.

Argued April 15, 1980. Michael J. Murphy, for appellant; Warren D. Ferry, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

The order of the lower court is affirmed.